HOWE et al., Appellants and Respondents, v. CLARK et al., Respondents and Appellants. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Hezekiah Howe and others against William H. Clark and others. No opinion. Judgment affirmed, without costs of the appeals to either party.

HOYT, Appellant, v. CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Action by Mary Ann Hoyt against the city of Brooklyn. No opinion. Judgment affirmed, with costs. All concur.

HURLEY, Plaintiff, v. ERIE COUNTY NATURAL GAS FUEL CO., Limited, Defendant. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by John C. Hurley against the Erie County Natural Gas Fuel Company, Limited. No opinion. Judgment affirmed, with costs.

HURST, Respondent. v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Stephen Hurst against the New York Elevated Railway Company. A. A. Wheat, for appellant. D. P. Hall, for respondent. No opinion. Judgment modified by reducing fee damage to $1,500, and rental damage to $125 per year, and as modified affirmed, without costs.

HUTKOFF, Respondent, v. GORMAN, Appellant. (Supreme Court, Appellate Term, First Department. June 4, 1896.) Action by Nathan Hutkoff against Amelia Gorman, as executrix of John J. Gorman, deceased. Archibald C. Shenstone, for appellant. David Leventritt, for respondent. No opinion. Upon argument, appeal was dismissed, with $10 costs and disbursements. See 38 N. Y. Supp. 1145.

HYDE, Respondent, v. PENNINGTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Hampden Hyde against William M. Pennington and Daniel F. Deming. No opinion. Judgment affirmed, with costs against the appellants personally.

IMPORTERS' & TRADERS' NAT. BANK OF NEW YORK, Respondent, v. QUACKENBUSH, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by the Importers' & Traders' National Bank of New York against Cebra Quackenbush. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except HERRICK, J., not acting.

KAIN v. STILWELL. (Supreme Court, Appellate Division, Second Department. June 2, 1896.) In the matter of the petition of Edward P. Kain against Stephen J. Stilwell. No opinion. Attorney found guilty of misconduct as an officer of the court, and is suspended from practice for the term of six months. The fees of the referee to be taxed by a judge of the supreme court residing in Westchester county, and paid by the county treasurer out of the fund applicable to the payment of jurors.

KENNY, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Action by John Kenny against the city of Brooklyn. No opinion. Judgment and order reversed, and new trial granted, without costs of appeal, but upon payment by the appellant of the costs of the trial, on the ground that the verdict is against the weight of evidence. All concur.

KIERNAN et al., Appellants, v. AGRICULTURAL INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by William Kiernan, as executor, etc., and another, against the Agricultural Insurance Company. For decision on appeal, see 37 N. Y. Supp. 1070. No opinion. Motion for a reargument denied. See Cuykendall v. Douglass, 17 Wkly. Dig. 315; Fosdick v. Town of Hempstead, 126 N. Y. 651, 27 N. E. 382. Motion for leave to appeal to the court of appeals denied, on the ground that the case does not involve a question of law which ought to be reviewed by that court. See Singleton v. Insurance Co., 121 N. Y. 644, 24 N. E. 1021; section 191, Code Civ. Proc. subd. 1.

KIPP, Appellant, v. PEABODY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) In the matter of the estate of Andrew Kipp, intestate, deceased (William E. Kipp, administrator), against Nettie E. V. Peabody and George F. L. Kipp. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

KNOTT, Respondent, v. KNOTT, Appellant. (Supreme Court, Appellate Division, First Department. June 5. 1896.) Action by Eleanor Knott against George W. P. Knott. P. L. Klock, for appellant. W. P. Burr, for respondent. No opinion. Order modified so as to provide that the answer interposed by defendant be stricken out, and that the action proceed as if such answer had not been interposed, and as so modified affirmed, without costs of appeal to either party.

KOEPKE v. BRADLEY et al. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Action by Herman F. Koepke, as committee of the person and estate of Claudius F. Bradley, an incompetent person, against Lucy A. Bradley and others. No opinion. Motion for leave to go to the court of appeals granted. See 38 N. Y. Supp. 707.

LANSING v. BLISS. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Z. Douglass Lansing against Eliphalet W. Bliss. No opinion. Motion granted, with $10 costs. See 33 N. Y. Supp. 310.

LAUFER, Appellant, v. SAYLES, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Elizabeth Laufer against Joseph I. Sayles. No opinion. Judgment affirmed, with costs. All concur.